UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:17-cv-62408-RNS

ADRIANA KAIBLE,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

THE GAP, INC., a Delaware corporation
and OLD NAVY, LLC, a Delaware limited
liability company,

    Defendants.
_____/

## DEFENDANT THE GAP, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Gap, Inc. ("The Gap") certifies that The Gap is a nongovernmental corporate party in the above-listed action. The Gap is a publicly traded corporation. The Gap has no parent corporations and no other publicly held corporation owns 10% or more of its stock.

Dated: December 28, 2017

Respectfully submitted,

/s/ *Katerina L. Oña* _____
Katerina L. Oña
Florida Bar No.: 124456
Andrew S. Brenner
Florida Bar No.: 978663
Luis E. Suarez
Florida Bar No.: 390021
BOIES SCHILLER FLEXNER LLP
100 Southeast 2nd Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400

        Facsimile: (305) 539-1307
        E-mail: kona@bsfllp.com
        E-mail: abrenner@bsfllp.com
        E-mail: lsuarez@bsfllp.com
        E-mail: afambrini@bsfllp.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Katerina L. Oña*
Counsel for Defendants

**SERVICE LIST**
*Adriana Kaible v. The Gap, et al.*
**CASE NO.: 0:17-cv-62408-RNS**

Jibrael S. Hindi, Esq.
THE LAW OFFICE OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street
Fort Lauderdale, Florida 33301
Telephone: (954) 907-1136
Facsimile: (855) 529-9540
jibrael@jibraellaw.com
**Via CM/ECF**

Scott D. Owens
SCOTT D. OWENS, P.A.
3800 South Ocean Drive
Suite 2345
Hollywood, Florida 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666
scott@scottdowens.com
**Via CM/ECF**